UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| APPLE INC.,<br><br>            Petitioner,<br><br>      v.<br><br>AMAZON.COM, INC.,<br><br>            Respondent. | Case No. 2:17-mc-00070 RSL<br><br>**DECLARATION OF ARAVIND SWAMINATHAN IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Underlying case: *Apple Inc. v. Mobile Star, LLC,* No. 3:16-cv-6001-WHO (N.D. Cal.) |

SWAMINATHAN DECLARATION

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104
+1 206-839-4300

I, Aravind Swaminathan, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am a partner at Orrick, Herrington & Sutcliffe LLP, and counsel of record for Apple Inc. I submit this declaration in support of Apple's Motion to Compel.

2. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

3. No witness from Amazon.com appeared for testimony at the Seattle office of Orrick, Herrington & Sutcliffe LLP on July 7, 2017.

4. I certify that on July 10, 2017, I participated in a telephonic meet and confer discussion with John Goldman of Davis, Wright Tremaine LLP, counsel for Amazon.com in this matter. We attempted in good faith to resolve our differences without court action, but were unable to do so.

I declare under penalty of perjury that the forgoing is true and correct. Executed on this 11th day of July, 2017.

By: *s/Aravind Swaminathan*
Aravind Swaminathan

SWAMINATHAN DECLARATION

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104
+1 206-839-4300