UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re AMAZON.COM, INC.

APPLE, INC.,

              Plaintiff,

    v.

MOBILE STAR LLC,

              Defendant.

Case No. MC17-0070RSL

ORDER

      This matter comes before the Court on Amazon.com, Inc.'s opposition to plaintiff's motion to compel compliance with a third-party subpoena. In light of the opposition, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation.

      Dated this 25th day of July, 2017.

                                      /s/ Robert S. Lasnik
                                      Robert S. Lasnik
                                      United States District Judge

ORDER